ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
MAIHUONG TA, ESQ. (SBN: 305740)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Telephone: 408-641-9966
Fax: 408: 866-7334
nancy@farsadlaw.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>David Russell Foley<br><br>　　　　　　Debtor(s), | Case No. 18-52539<br><br>Chapter 13<br><br>**NOTICE OF CHANGE OF ATTORNEY'S ADDRESS** |

　　　I, Nancy Weng, previously located at:

NANCY WENG (SBN: 251215)
TSAO-WU & YEE, LLP
99 North First Street, Suite 200
San Jose, CA 95113
Telephone: 415-635-2334
Fax: 415-777-2298
nweng@tsaoyee.com

hereby notice the Court and the Trustee of my new, current firm's mailing address:

NANCY WENG (SBN: 251215)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Telephone: 408-641-9966
Fax: 408-866-7334
nancy@farsadlaw.com

Dated: November 14, 2018
/s/ Nancy Weng
Nancy Weng, Esq.